UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SMBAT KHECHUMYAN,<br><br>                Petitioner,<br>   v.<br><br>CAMMILLA WAMSLEY et al.,<br><br>                Respondents. | CASE NO. 2:25-cv-02111-DGE-BAT<br><br>ORDER ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER (DKT. NO. 2) |

      Petitioner filed a complaint which, among other things, seeks a writ of habeas corpus. (Dkt. No. 1.) Petitioner also filed a motion for a Temporary Restraining order ("TRO") wherein Petitioner seeks release from Northwest ICE Processing Center where he has been detained since October 2024. (Dkt. No. 2.) The Court orders as follows:

      1. Petitioner's counsel SHALL immediately serve process and a copy of this Order on Respondents. Petitioner's counsel SHALL immediately contact Respondents' counsel to provide a copy of this Order and meet and confer on a briefing schedule for this motion.

ORDER ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 1

2. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Respondents SHALL respond to the TRO on the schedule set by Local Civil Rule 65 once service is accomplished.

Dated this 28th day of October, 2025.

David G. Estudillo
United States District Judge