UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SBMAT KHECHUMYAN,<br><br>             Petitioner,<br>     v.<br><br>CAMMILLA WAMSLEY,<br><br>             Respondents. | CASE NO. 2:25-cv-02111-DGE-BAT<br><br>ORDER ON PARTIES' STIPULATED MOTION AND PROPOSED BRIEFING SCHEDULE (DKT. NO. 9) |

On October 29, 2025, Petitioner and all federal Respondents submitted a stipulated motion and proposed briefing schedule (Dkt. No. 9). The parties proposed forgoing the temporary restraining order ("TRO") and expediting briefing on Petitioner's habeas corpus petition. (*Id*. at 1.) The parties proposed the federal Respondents' return memorandum will be due on October 31, 2025, and Petitioner's response will be due on November 12, 2025. (*Id*. at 1.) Having considered the parties' motion and the remainder of the record, the Court finds and ORDERS that the parties' stipulated motion and proposed briefing schedule is GRANTED.

| | |
|---|---|
| 1 | Petitioner shall withdraw their pending motion for a TRO by **October 31, 2025**. |
| 2 | Respondents shall submit their return memorandum no later than **October 31, 2025** and |
| 3 | Petitioner shall file his response no later than **November 12, 2025**. |
| 4 | The Clerk shall calendar these events. |
| 5 | Dated this 30th day of October, 2025. |

David G. Estudillo
United States District Judge

ORDER ON PARTIES' STIPULATED MOTION AND PROPOSED BRIEFING SCHEDULE (DKT. NO. 9) - 2