# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SMBAT KHECHUMYAN,<br><br>     Petitioner,<br> v.<br><br>CAMMILLA WAMSLEY et al.,<br><br>     Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02111-DGE-BAT |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Petitioner's petition for a writ of habeas corpus is DENIED.

Dated November 14, 2025.

                 Ravi Subramanian
                 Clerk of Court


                 s/Michael Williams
                 Deputy Clerk